## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| COMMUNICATION DYNAMICS INC., *et al.*, | ) | Case No. 02-12753 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| CDI TRUST, | ) | |
| | ) | Adv. Pro. No. 04-55465 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 04-1547 (KAJ) |
| GUARDIAN, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff and Defendant hereby stipulate that the above-captioned civil action is dismissed with prejudice.  Each party shall bear its own costs and expenses.  This action is hereby closed.

THE BAYARD FIRM

Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
Kathryn D. Sallie (DE Bar Adm. Pending)
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
(302) 655-5000

– and –

Ian J. Gazes
GAZES & ASSOCIATES LLP
32 Avenue of the Americas, 27th Floor
New York, NY  10013
(212) 765-9000

*Attorneys for the CDI Trust*

Dated: *May 16, 2005*

MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP

Noel C. Burnham (No. 3483)
300 Delaware Avenue, Suite 750
Wilmington, DE  19801
(302) 504-7800

*Attorneys for Guardian*

Dated: *May 16, 2005*

1163290v1

## CERTIFICATION OF SERVICE

I, NOEL C. BURNHAM, Esquire, do hereby certify that on this 16th day of May, 2005, I

caused a true and correct copy of the attached to be sent by First Class U.S. Mail to the

following:


Ian J. Gazes, Esquire
Gazes & Associates LLP
32 Avenue of the Americas, 27th Floor
New York, NY 10013


Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801


/s/ Noel C. Burnham
Noel C. Burnham (#3483)
Montgomery, McCracken, Walker
& Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801
Tel:  (302) 504-7890

1110207v4